UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

John T. Hines    )
                 )    CASE NO: **1:08-cv-00914-PLF**
        Plaintiff,  )
                 )
v.               )
                 )
UNITED STATES, et al.  )
                 )
        Defendants.  )
                 )

**AFFIDAVIT OF SERVICE**

I, Elias Aoun, hereby declare that on the 29th day of May 2008, I mailed a copy of the summons and complaint, return receipt requested, to the **Internal Revenue Service**. Attached hereto is the certified green card acknowledging service.

[Certified mail green card, PS Form 3811, addressed to: Internal Revenue Service, 1111 Constitution Ave. NW, Wash., DC 20224; Article Number: 7007 2680 0002 5085 5654]

Elias Aoun, Esq. Bar No. 479315
1730 N. Lynn Street #A-22
Arlington, VA 22209
Cell Phone: 202-257-7796