# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

John T. Hines                               )
                                            )   CASE NO: **1:08-cv-00914-PLF**
                                            )
      Plaintiff,      )
                                            )
v.                                          )
                                            )
UNITED STATES, et al.                       )
                                            )
      Defendants.     )
                                            )

## AFFIDAVIT OF SERVICE

I, Elias Aoun, hereby declare that on the 29th day of May 2008, I mailed a copy of the summons and complaint, return receipt requested, to the **Internal Revenue Service**. Attached hereto is the certified green card acknowledging service.

[Certified mail return receipt (PS Form 3811) addressed to: Internal Revenue Service, 1111 Constitution Ave. NW, Wash., DC 20224. Article Number: 7007 2680 0002 5085 5654]

_/s/ Elias Aoun_

Elias Aoun, Esq. Bar No. 479315
1730 N. Lynn Street #A-22
Arlington, VA 22209
Cell Phone: 202-257-7796