UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John T. Hines | ) |
| | ) CASE NO: **1:08-cv-00914-PLF** |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| UNITED STATES, et al. | ) |
| | ) |
| Defendants. | ) |

**AFFIDAVIT OF SERVICE**

I, Elias Aoun, hereby declare that on the 29th day of May 2008, I mailed a copy of the summons and complaint, return receipt requested, to the **U. S. Attorney General**. Attached hereto is the certified green card acknowledging service.

[Domestic Return Receipt / PS Form 3811, February 2004 — Article Addressed to: U.S. Attorney General, 950 Pennsylvania Ave., NW, Washington, DC 20530. Article Number: 7007 2680 0002 5085 5661. Service Type: Certified Mail.]

Elias Aoun, Esq. Bar No. 479315
1730 N. Lynn Street #A-22
Arlington, VA 22209
Cell Phone: 202-257-7796