# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

John T. Hines                    )
                                   )   CASE NO: **1:08-cv-00914-PLF**
        Plaintiff,  )
v.                             )
                                   )
UNITED STATES, et al.  )
                                   )
       Defendants.  )
                                   )

## AFFIDAVIT OF SERVICE

I, Elias Aoun, hereby declare that on the 29th day of May 2008, I mailed a copy of the summons and complaint, return receipt requested, to the **U. S. Attorney for the District of Columbia.** Its tacking number is 7007 2680 0002 5085 5678. However, that package was returned. On the 21st day of June 2008, I mailed a copy of the summons, complaint, and List of Exhibits and Exhibits return receipt requested, to the **U. S. Attorney for D.C.** Attached hereto is the certified green card acknowledging service.

[Certified Mail Return Receipt (PS Form 3811) attached, addressed to:
US Atty for DC, Civil Division, 3rd floor, 501 Third St., NW, Wash, DC 20530
Article Number: 7007 2680 0002 5081 5061]

Elias Aoun, Esq. Bar No. 479315
1730 N. Lynn Street #A-22 • Arlington, VA 22209 • Phone: 202-257-7796