**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| John T. Hines ] | |
| )  Plaintiff ) | |
| ) | |
| v. ) | CASE NO: 1:08-cv-00914-PLF |
| ) | |
| UNITED SATES OF AMERICA ) | |
| ) | |
| Defendant ) | |

**MOTION FOR
PRELIMINARY INJUNCTION**

COME NOW the Plaintiff, by and through his counsel, and move this Court, pursuant to Rule 65 of the Federal Rules of Civil Procedure, for a Preliminary Injunction against the Defendant enjoining the Internal Revenue Service to immediately halt the illegal collection of $1,230 taken monthly from Plaintiff's Social Security check. In support of his Motion, Plaintiff states as follows:

1.  From October 2006 to March 2007, the IRS had illegally levied $1,100 from Plaintiff's social security retirement benefit check of $1,746.00.

2.  In January 2008, $1,192 was deducted from Plaintiff's Social Security check. In addition, Plaintiff received a correspondence stating that as of February 2008 the Social Security Administration

will be deducting $1,230 monthly. This $1,230 monthly deduction is continuing until today. These SS levies were done by way of the Treasury Offset Program [TOP] for an alleged tax debt for the tax years 1998 to 2003 and other years.

3. The Treasury Offset Program law only allows a TOP of 15 % to be removed from Plaintiff's social security check. The Tax Payer Relief Act of 1997 (Public Law 105-34) authorizes the IRS to levy "up to 15 percent of each monthly payment…" The 15% from Plaintiff's check amounts to $262. However, the tax collectors took about sixty-three per cent of Plaintiff's check, or $1,100. This is obviously excessive, an illegal collection measure, and the SSA is permitting such a measure against the law.  The six illegal tax collections were excessive for at least $6,600.

4. These levies are unauthorized or illegal and harm Plaintiff in many ways.  They are invalid simply because Defendant failed to act according to law. Based on 26 USC 6330(a)(1), no levy may be made on any property or right to property of any person unless the Secretary has notified such person in writing of their right to a CDPH hearing under this section before such levy is made.

5. Plaintiff has had no opportunity to be heard.  The levy was wrongful because the IRS did not extend to Plaintiff an opportunity for a hearing, as stated in 26 USC §6330. The legal process has not been carried out properly. No levies should have been allowed until

that notice is sent and the taxpayer fails to take advantage of his rights under the law.

6. IRC section 6330, enacted as part of the IRS Restructuring and Reform Act of 1998, provides taxpayers with due process prior to the exercise of a tax levy.

7. Defendant's actions are in violation of the Equal Protection and Due Process Clauses.

8. The United States Supreme Court, in another tax case, referred to the duty owed by Defendant by stating: "If that which the sovereign retains was unjustly taken in violation of its own statute, the withholding is wrongful. Restitution is owed the taxpayer..... [T]he unjust retention is immoral and amounts in law to a fraud on the taxpayer's rights." *Bull v. United States*, 55 S.Ct. 695 at 700.

9. While this case is pending, Plaintiff will continue to suffer immediate and irreparable harm if the Defendant is not preliminarily enjoined to cease the illegal collection of $1,230 taken monthly from Plaintiff's Social Security check.

10. The balance of the hardships tips decidedly in favor of granting the requested injunction, inasmuch as the "cost" to the Defendant is negligible when compared to the potential harm the Plaintiff faces if he is forced to go another month without his full social security check.

11. Plaintiff is likely to prevail on the merits of his claims.

12. Plaintiff urgently requests from this Court to issue an injunction and immediately halt Defendant's continuous and illegal collection of $1,230 taken monthly from Plaintiff's Social Security check.

WHEREFORE Plaintiff requests that this Honorable Court do grant the relief herein requested.

| | |
|---|---|
| ___/s/ Elias Aoun_____ <br> Elias Aoun, Esq. Bar Number 479315 <br> 1730 N. Lynn St., # A-22 <br> Arlington, VA 22209-2004 <br> E-mail: Lawyer2008@yahoo.com <br> Cell Phone 202-257-7796 | Date: July 24, 2008 |

**CERTIFICATE OF SERVICE**

I hereby certify that on or about July 25, 2008 a true and correct copy of the foregoing document was served upon the following via postal mail service:

The U.S. Attorney for the District of Columbia
Civil Action Division
Third Floor
501 Third Street, NW
Washington, DC 20530

The U.S. Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530

Internal Revenue Service
1111 Constitution Ave., NW
Washington, DC 20224


                                                  __/s/Elias Aoun_
                                                  ELIAS AOUN