IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN T. HINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:08-cv-00914 PLF |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance as attorney for the United States in the above-captioned proceeding.  Pursuant to LCvR 83.2(j), I certify that I am familiar with this Court's local rules.

DATE: July 30, 2008.

                                                   Respectfully submitted,

                                                   /s/ Yonatan Gelblum
                                                   YONATAN GELBLUM
                                                   Trial Attorney, Tax Division
                                                   U.S. Department of Justice
                                                   Post Office Box 227
                                                   Washington, DC  20044
                                                   Phone/Fax:  (202) 305-3136/514-6866
                                                   Email: Yonatan.Gelblum@usdoj.gov
                                                   Bar No. CA 254297

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

3462330.1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN T. HINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:08-cv-00914 PLF |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was caused to be served on the 30th day of July, 2008, by the Court's electronic case filing system, at the address below:

Elias Aoun
1730 N. Lynn St. # A-22
Arlington, VA 22209-2004

/s/ Yonatan Gelblum
YONATAN GELBLUM

3462330.1