IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN T. HINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:08-cv-00914 PLF |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**UNITED STATES' MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

DEFENDANT, the United States of America, respectfully moves the Court to extend its time for filing an opposition to the plaintiff's motion for a preliminary injunction filed on July 24, 2008 until August 11, 2008. Pursuant to LCvR 7(m), counsel for the United States certifies that plaintiff's counsel does not oppose the extension.

DATE: July 30, 2008.

Respectfully submitted,

/s/ Yonatan Gelblum
YONATAN GELBLUM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Phone/Fax:  (202) 305-3136/514-6866
Email: Yonatan.Gelblum@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

3462345.1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN T. HINES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. )<br>) | No. 1:08-cv-00914 PLF |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION was caused to be served on the 30th day of July, 2008, by the Court's electronic case filing system, at the address below:

Elias Aoun
1730 N. Lynn St. # A-22
Arlington, VA 22209-2004

/s/ Yonatan Gelblum
YONATAN GELBLUM

3462345.1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |  |
|---|---|---|
| JOHN T. HINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:08-cv-00914 PLF |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### **ORDER**

Having considered the United States' motion for enlargement of time in which to respond to Plaintiff's motion for a preliminary injunction, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2008, at Washington, District of Columbia,

ORDERED that the motion for enlargement is GRANTED;

ORDERED that the United States shall have until _____, 2008 to respond to the plaintiff's motion for a preliminary injunction;

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____

UNITED STATES DISTRICT JUDGE

3462352.1

COPIES TO:

YONATAN GELBLUM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Email: Yonatan.Gelblum@usdoj.gov

ELIAS AOUN
1730 N. Lynn St. # A-22
Arlington, VA 22209-2004

3462352.1