# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| John T. Hines, | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | CASE NO: 1:08-cv-00914-PLF |
| | ) | |
| UNITED STATES, et al. | ) | |
| | ) | |
| Defendants/Counterplaintiffs. | ) | |

**PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE**

On October 23, 2009, Defendant filed an opposition to Plaintiff's motion to vacate. Defendant's filing is another reflection of dishonest service rather than presenting a legal argument.

## I.   *Entitlement for Relief*

Defendant argues that "Plaintiff has not demonstrated that he is entitled to relief." Defendant has not outlined each argument presented by Plaintiff and explained how each of the arguments does not entitle Plaintiff to relief. Defendant makes a generic, broad statement which reflects their attorneys' dishonesty in selling out "justice" for a paycheck. If they truly love this country, they would rather be working as cashiers at a grocery store or dishwashers at restaurants rather than spend 8-10 hours a day to inflict injustice and tyranny on their countrymen.

Next, Defendant argues that amending a judgment requires "the availability of new evidence, or the need to correct a clear error or prevent a manifest injustice." The whole

1

argument made by Plaintiff was largely targeted toward the clear errors and manifest injustice. Here again, Defendant did not explain how Plaintiff's evidence is not "evidence" to be considered, how Plaintiffs explanation of errors made by the Court are not "clear errors," or how Plaintiff's explanation of injustice is not "manifest injustice."

## II.     *Constitution-Protester Department of INjustice*

The Department of INjustice said that Plaintiff "faults the Court for not seriously considering his frivolous tax protester arguments."

In a testimony before Congress in 1997, former IRS historian Shelley L. Davis contended that the IRS kept lists of citizens "for no reason other than that their political activities might have offended someone at the IRS [ . . . .]" and she charged that "anyone who offers even legitimate criticism . . . is [labeled by the IRS as] a tax protester . . ."

The Internal Revenue Service Restructuring and Reform Act of 1998, section 3707(a), prohibits "officers and employees of the Internal Revenue Service" from designating someone as an "illegal tax protester" or using any similar designation.

Of course, the Restructuring and Reform Act of 1998 does not apply to the constitution-protester and law-protester Internal Revenue Service and Department of INJjustice.  If Plaintiff cites the U.S. Constitution, U.S. Supreme Court rulings, Internal Revenue Code, and Treasury Regulations in support of his arguments,  the Department of Injustice considers these arguments to be "frivolous"  while it has done nothing to present the argument which it considers to be non-frivolous.

The Department of INjustice has a so-called "Department of Taxation" whose employees either do not know or cannot explain how a tax imposed on a plaintiff was determined to be a

tax.  It is either they know that what they are imposing is a scam and cover it up by refusing to provide an analysis, or they simply do not know and work 8-10 hours a day doing something that they have no clue about what they are doing.  It takes an "exceptional" breed of people to enforce a delusion, a lie, simply for a paycheck.

An IRS agent told me once that he is a "machine."  He said he has no emotions, or feelings toward what he does or the people affected with what he does.

Based on a humble experience in tax matters, it is obvious that the IRS and the DOJ are being run by "machines" -- with frivolous brains and frivolous hearts, and no care whatsoever to the criminality of their action and impact on the lives of people.

### III.     Notice -- Received or Mailed?

Defendant claims that Plaintiff "repeats his arguments" on whether a notice needs "to be actually received or only mailed."  The argument is repeated because Defendant's and the Court's fraud is repeated by ignoring Plaintiff's argument.

The IRS did not comply with the notice and demand requirement under Section 6331(a).  Furthermore, the notice under Section 6330 was not "properly sent" pursuant to 26 CFR 301.6330-1 [Q-A9 and A-A9].

The DOJ and the Court simply want to railroad-road Plaintiff without addressing legitimate facts.  If that is not fraud and concealment of evidence on their part, they have not described what else it could be.

### IV.     The Affidavit

Defendant claims that Plaintiff "for the first time, provides an affidavit with evidence."  This sentence is in line with Defendant's statement that amending a judgment requires "the

3

availability of new evidence." Of course, a new "affidavit with evidence" is not "new evidence." Any law, fact, or precedent in Plaintiff's favor would be frivolous arguments.

As to introducing a document for the first time, Plaintiff introduced documents in the past, including an affidavit, that were never considered. Regardless at what stage any evidence is introduced by Plaintiff, it will not be considered. Considering it would be contrary to the highly ethical practice of "law." The issue should be whether the evidence introduced would serve justice, and not at what stage the evidence was introduced.

Furthermore, Plaintiff is an inhabitant and not a "resident" of Florida. The IRS continued to violate procedural standards by continuously sending communications to Plaintiff during this litigation, including communication from IRS Agent Daniel Haber such as on October 22, 2009. Of course, these issues are not important for the court's consideration. Any IRS violation has the presumption of "regularity." All the evidence to refute "regularity" does not exist and has not been introduced.

### IV.    The Diatribe

Defendant claims that Plaintiff "concludes with a diatribe against the Government and the Court." Not to disappoint Defendant, Plaintiff will end this reply with a new "diatribe."

Plaintiff does not recall saying anything about "the government" which has thousands of employees who are not involved in this litigation. All of Plaintiff's comments were directed toward individuals supposedly working for the government while betraying the government and their country from within. Every communist in China, every communist in Russia, every closet communist in Washington, DC, and all those around the world who wish this country harm are cheering for the likes of IRS employees and attorneys at the DOJ "Department of Axation" who

4

dedicate every day of their "career" to "ax" the American people and bankrupt this country. Every morning they walk into their office, every evening they leave it, let the DOJ attorneys remember all the enemies of America they have helped on that day.

For the foregoing reasons, the Court should vacate its order charging Plaintiff $265,851.60 in "tax" which was never proven.

    /s/ Elias Aoun                                                        Date: November 2, 2009
Elias Aoun, Esq. Bar Number 479315
2531 Trellis Green
Cary, NC 27518
E-mail: Lawyer2008@yahoo.com
Cell Phone 202-257-7796

> Hearing ye shall hear , and shall not understand;
> and seeing ye shall see, and not perceive:
> For the heart of this people is waxed gross, and their ears are dull of hearing, and their eyes have they closed;
> lest they should see with their eyes, and hear with their ears, and understand with their heart, and should be converted, and I should heal them
> (Acts 28:26-27)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| John T. Hines, | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | CASE NO: 1:08-cv-00914-PLF |
| | ) | |
| UNITED STATES, et al. | ) | |
| | ) | |
| Defendants/Counterplaintiffs. | ) | |

**ORDER ON THE PLAINTIFF'S MOTION TO VACATE**

Having considered Plaintiff's motion to vacate, the Court concludes that the motion ought to be GRANTED.

Accordingly, it is this _____ day of _____, 2009

ORDERED that the plaintiff's motion is GRANTED;

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that service of the foregoing Plaintiff's Memorandum, along with related attachments and exhibits have been made this 2nd day of November, 2009, via the Court's ECF electronic filing system to:

>YONATAN GELBLUM
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 227
>Washington, DC  20044
>Phone/Fax:  (202) 305-3136/514-6866
>Email: Yonatan.Gelblum@usdoj.gov

>____/s/ Elias Aoun_____
>Elias Aoun