# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John T. Hines, | ) |
| | ) |
|    Plaintiff/Counterdefendant, | ) |
| | ) |
| v. | )   CASE NO: 1:08-cv-00914-PLF |
| | ) |
| UNITED STATES, et al. | ) |
| | ) |
|    Defendants/Counterplaintiffs. | ) |

## MOTION OF WITHDRAWAL OF APPEARANCE

COMES NOW Elias Aoun, the undersigned lawyer of record for Plaintiff/Counterdefendant Mr. John T. Hines, and moves this Court to enter its order granting leave to withdraw as counsel for the Plaintiff/Counterdefendant herein, and as grounds therefore would show the Court:

1. The undersigned no longer believes there is justice in a "justice" system that makes tax demands without any proof to lawful liability.  If what the IRS and the DOJ claim is lawful, then what prevents them from providing the legal argument to prove it?  By refusing to do so, the IRS/DOJ and the courts are the pre-eminent promoters of tax scams to which many people searching for tax answers become victims to scammers -- thus, facilitating their "inquisition" by the IRS/DOJ/Court machine.  This strategy has been pursued on purpose for many years to facilitate the largest number of victims to the Inquisition for Rome Service (IRS).  This is a pure Jesuit Hegelian dialectic at its finest. (Exhibit 1)  The IRS, DOJ, and the courts are colluding and engaged in a conspiracy against the American people.  It is no

coincidence that the people I have known for the last two years who are victims of the IRS are Christian Protestants.

2. The undersigned will be unable to continue representing the Plaintiff herein.

3. The undersigned has already made other arrangements, is no longer available to represent anyone in court, and can no longer litigate against a well-established and well-financed inquisition led by the IRS/DOJ criminal enterprise. (Exhibit 2)

4. The last known address of the Plaintiff/Counterdefendant herein is:

>   John T. Hines
>   3854 Cedar Hammock
>   St. Cloud, FL 34772

The Plaintiff indicated that he will appeal the final court's decision as pro se. I do not know a lawyer willing to take this case for free. If the Department of "Justice" and the Court know of any pro bono sources that might be of assistance to him, they should provide that information to him.

The undersigned has given his client due notice of this intention to withdraw prior to submitting this motion to the Court, and the client consented to the withdrawal. (Exhibit 3)

WHEREFORE, upon hearing hereof, the undersigned moves this Court to enter its order allowing withdrawal herein.

 /s/  Elias Aoun_____                              December 22, 2009
**Elias Aoun, Esq. Bar Number 479315**
**2531 Trellis Green**
**Cary, NC 27518**
**Cell Phone 202-257-7796**

> **For we can do nothing against the truth, but for the truth.**
>              2 Corinthians 13:8

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| John T. Hines, | ) | |
| Plaintiff/Counterdefendant, | ) ) ) | |
| v. | ) ) | CASE NO: 1:08-cv-00914-PLF |
| UNITED STATES, et al. | ) ) ) | |
| Defendants/Counterplaintiffs. | ) | |

### **ORDER**

Having considered the Motion of Withdrawal of Appearance, it is hereby

ORDERED that the motion of lawyer Elias Aoun to withdraw is hereby GRANTED.

SO ORDERED.

It is this _____ day of _____, _____,

_____
U.S. District Court Judge

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on or about December 22, 2009 a true and correct copy of the foregoing document was served upon the following via the Court's ECF filing Protocol:

>YONATAN GELBLUM
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 227
>Washington, DC  20044
>Phone/Fax:  (202) 305-3136/514-6866
>Email: Yonatan.Gelblum@usdoj.gov

And by e-mail to:

>John T. Hines
>3854 Cedar Hammock
>St. Cloud, FL 34772
>Email: johnthinescrna@gmail.com

>__/s/Elias Aoun_____
>Elias Aoun